ACCEPTED
04-17-00334-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/1/2017 11:33 AM

**NUMBER 04-17-00334-CV**

_____

**IN THE FOURTH COURT OF APPEALS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/1/2017 11:33:26 AM
KEITH E. HOTTLE
CLERK

**SAN ANTONIO, TEXAS**

_____

**LOUIS DORFMAN, et al,**

**v.**

**VICEROY PETROLEUM, L.P. et al,**

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

John F. Carroll
State Bar No. 03888100
Attorney at Law
111 West Olmos Drive
San Antonio, Texas 78212
Telephone: (210) 829-7183
Facsimile: (210) 829-0734
jcarrollsatx@gmail.com

Jon Christian Amberson
State Bar No. 01141700
Chris@ambersonpc.com
Larissa Janee Hood
State Bar No. 24041126
Larissa@ambersonpc.com
JON CHRISTIAN AMBERSO, P.C.
Attorneys at Law2
2135 E. Hildebrand Avenue
San Antonio, Texas 78209
(210) 826-3339 Telephone
(210) 826-3340 Facsimile

*Counsel for Dorfman Appellants*

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

NOW COME Louis Dorfman, K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorfman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfman, Deceased, and John Pritchett, Trustee of the CKK 2012 Trust, Plaintiffs/Counter-Defendants (hereinafter the "Dorfman Appellants") and file this Unopposed Motion for Extension of Time to File Appellants' Brief pursuant to Texas Rule of Appellate Procedure 10.5(b) and in support thereof would show the Court as follows:

1.     The deadline for Appellants to file their Brief in this case is November 3, 2017.

2.     Appellants seek an extension of time of thirty (30) days so that the Response would be due on December 4, 2017.

3.     The facts relied on to reasonably explain the need for an extension are the following:

a.     This case involves appeals by all parties of separate rulings by the trial court on competing motions for summary judgment. Two of the Appellants on the opposite side of the case from the Dorfman Appellants have requested similar extensions of time to file their opening briefs so the requested extension will not

delay presentation of this appeal to the Court and will maintain an orderly briefing schedule.

b.     Counsel has been out of his office most of this week with what has been diagnosed as a sinus infection. This has caused a backlog of work and, while I have returned to work today, I am not at 100%.

4.     No previous extensions of time have been granted for filing the Appellants' Brief.

5.     On October 31, 2017 and November 1, 2017, Undersigned Counsel conferred by e-mail with the other parties in this case and this request for extension of time to file Appellants' Brief is not opposed.

WHEREFORE, the Dorfman Appellants, respectfully request an extension of time to file brief of thirty (30) days so that the Appellants' Brief is due to be filed on or before December 4, 2017.

Respectfully Submitted,


John F. Carroll
State Bar No. 03888100
jcarrollsatx@gmail.com
Attorney at Law
111 West Olmos Drive
San Antonio, Texas 78212
Telephone 210-829-7183
Facsimile 210-829-0734

By:   */s/ John F. Carroll*
       John F. Carroll
       State Bar No. 03888100

Counsel for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Unopposed Motion for Extension of Time to File Brief has been served on the parties listed below on this 1st day of November, 2017 by e-service:

| | |
|---|---|
| Charles W. Gameros, Jr.<br>HOGE & GAMEROS, LLP<br>4514 Cole Ave.<br>Suite 1500<br>Dallas, Texas 75205<br>Facsimile No. (214) 292-8556<br>E-mail: BGameros@LegalTexas.com | Paula C. Boston<br>pboston@langleybanack.com<br>Catherine Stone<br>cstone@langleybanack.com<br>LANGLEY & BANACK. INC.<br>Trinity Plaza II, Suite 700<br>745 East Mulberry Avenue<br>San Antonio, Texas 78212 |
| GARY M. POENISCH, PLLC<br>206 E. Locust Street, Suite 218<br>San Antonio, Texas 78212<br>Facsimile Number (210) 212-2178<br>E-Mail: gpoenisch@locuststreetlaw.com | Jane M.N. Webre<br>jwebre@scottdoug.com<br>Asher Griffin<br>agriffin@scottdoug.com<br>SCOTT DOUGLAS & McCONNICO LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701 |
| Clinton M. Butler<br>Elizabeth R. Kopecki<br>LANGLEY, BANACK & BUTLER<br>114 N. Panna Maria Ave.<br>Karnes City, Texas 78118<br>Facsimile No.: (830) 780-2700<br>cbutler@langleybanack.com<br>ekopecki@langleybanack.com | Suzanne Coates Taylor<br>2135 E. Hildebrand Avenue<br>San Antonio, Texas 78209<br>staylor@coatestaylorlaw.com |

*/s/ John F. Carroll*
John F. Carroll